**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| VANDERBILT MORTGAGE AND FINANCE, INC., )<br>     Plaintiff, )<br>vs. )<br>     )<br>JOHNNY BERRY, JR., )<br>     Defendant ) | No. 3:09-CV-557-O (BF) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge (Doc. # 12) are correct and they are accepted as the Findings and Conclusions of the Court.  Accordingly, the Plaintiff's *Motion for Default Judgement and Request of Entry of Default by the Clerk of the Court* (Doc. # 10), is hereby **GRANTED**.

SIGNED this 31st day of December, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**